ST. JOSEPH LAND & DEVELOPMENT COMPANY, A CORPORATION, *Appellant*, v. DAVID SOMMERS *et al., Appellees.*

An Appeal from an Order of the Circuit Court within and for the County of Franklin.

PER CURIAM.—It is ordered and adjudged by the Court that the Order appealed from in this cause be, and the same is hereby, reversed on the authority of the decision this day rendered in the case of Apalachicola Northern Railroad Co. *et al. v.* David Sommers *et al.*

All Concur.

---

APALACHICOLA NORTHERN RAILROAD COMPANY, A CORPORATION, *Appellant*, v. DAVID SOMMERS *et al., Appellees.*

An Appeal from an Order of the Circuit Court within and for the County of Franklin.

PER CURIAM.—It is ordered and adjudged by the Court that the Order appealed from in this cause be, and the same is hereby, reversed on the authority of the decision this day rendered in the case of Apalachicola Northern Railroad Co. *et al. v.* David Sommers, *et al.*

All concur.